UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS FIELDS,

    Defendant.

                                /

No. 12-20274

District Judge Paul D. Borman

Magistrate Judge R. Steven Whalen

## ORDER

On August 23, 2013, Defendant Thomas Fields filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence [Doc. #20]. The government shall file a response to this motion on or before January 30, 2014.

IT IS SO ORDERED.

Dated: January 9, 2014

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 9, 2014, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable R. Steven Whalen